UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONALD MERCADO

v.                                                                              3:20CV1783(JCH)

CITY OF BRIDGEPORT

<u>JUDGMENT</u>

This matter came on for trial before a jury and the Honorable Janet C. Hall, United States District Judge. On May 16, 2023, after deliberation, the jury returned a verdict in favor of the plaintiff, Ronald Mercado, and against the defendant, City of Bridgeport, in the total amount of $45,259.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, against the defendant, in the amount of $45,259, in accordance with the jury verdict, and the case is closed.

Dated at New Haven, Connecticut, this 17th day of May 2023.

DINAH MILTON KINNEY, Clerk

By /s/Diahann Lewis        Deputy Clerk

Entered on Docket   5/17/2023